IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT E. WOODWARD
PLAINTIFF

V.                          NO: 4:17CV00326 SWW

DOC HOLLADAY *et al.*
DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Woodward's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 8th day of August, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE